UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| G. FUNTANILLA, JR., | ) | 1:04 6520 OWW WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| D. B. ADAMS, | ) | (DOCUMENT #8) |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 10, 2005, petitioner filed a motion to extend time to file opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file an opposition.

IT IS SO ORDERED.

**Dated:   June 6, 2005**              /s/  **William M. Wunderlich**
bl0dc4                          UNITED STATES MAGISTRATE JUDGE