UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| G. FUNTANILLA, JR., | ) | 1:04 6520 OWW WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| D. B. ADAMS, | ) | (DOCUMENT #10) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 7, 2005, petitioner filed a second motion to extend time to file opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an opposition.

IT IS SO ORDERED.

**Dated:   July 28, 2005**            /s/  **William M. Wunderlich**
bl0dc4                                UNITED STATES MAGISTRATE JUDGE