UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORIO C. FUNTANILLA, JR., | ) | 1:04-CV-6520 OWW WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| D. B. ADAMS, | ) | (DOCUMENT #14) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 24, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated: April 3, 2006**            /s/ William M. Wunderlich
bl0dc4                      UNITED STATES MAGISTRATE JUDGE