**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **GREGORIO FUNTANILLA,** | ) | **CV F 02-6520  OWW WMW HC** |
| | ) | |
| **Petitioner,** | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS AND** |
| **v.** | ) | **RECOMMENDATIONS** |
| | ) | |
| | ) | [Docs. 13, 16] |
| **D. B. ADAMS,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 21, 2006, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  After receiving an extension of time, Petitioner filed objections on May 11, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1.     The findings and recommendations issued by the Magistrate Judge on

        February 21, 2006, are a adopted in full;

2.     Respondent's motion to dismiss is GRANTED;

3.     This case is DISMISSED;

4.      The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.   IT IS SO ORDERED.

**Dated:     July 15, 2006**                          **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE

2