

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA,

vs.

ADAMS, etc.,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:04-cv-6520 OWW/WMW HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

__X__ Denied for the following reason:
TIME-BARRED PETITION — NO TOLLING GROUNDS

Dated: 10-25-06

OLIVER W. WANGER
United States District Judge